# Third District Court of Appeal

## State of Florida

Opinion filed July 23, 2025.

_____

No. 3D24-2122
Lower Tribunal Nos. F99-4398, F98-36722
_____

**Marco Pace,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Marco Pace, in proper person.

James Uthmeier, Attorney General, for appellee.

Before EMAS, LINDSEY, and LOBREE, JJ.

ON MOTION FOR REHEARING

PER CURIAM.

Appellant Marco Pace timely moved for rehearing, alleging that this Court overlooked his argument that Erlinger v. United States, 602 U.S. 821 (2024) applies retroactively to his case and renders his sentence illegal.

Following our May 21, 2025 opinion affirming the trial court's denial of Pace's Rule 3.800(a) Motion, the Florida Supreme Court explicitly held that Erlinger does not apply retroactively. See Wainwright v. State, 50 Fla. L. Weekly S108, S109 (Fla. June 3, 2025), cert. denied sub nom. Wainwright v. Florida, No. 24-7365, 2025 WL 1621505 (U.S. June 9, 2025) ("We reject Wainwright's argument because even if Erlinger constitutes a change of law, it does not apply retroactively."). Accordingly, we deny the motion.

Denied.